UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-mj-02527 Louis

UNITED STATES OF AMERICA

v.

ALEXANDER FERNANDEZ,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?    No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ Aisha Schafer Hylton
AISHA SCHAFER HYLTON
Special Assistant United States Attorney
Court ID No. A5503133
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (202) 365-4660
E-mail: aschaferhylton@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALEXANDER FERNANDEZ,<br><br>Defendant(s) | )<br>)<br>) Case No.  1:24-mj-02527 Louis<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 16, 2024__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iv) | Encouraging or Inducing an Alien to Enter the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Neil James, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __March 18 2024__

_____
*Judge's signature*

City and state:        Miami, Florida                Honorable Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Neil S. James, being first duly sworn, do hereby depose and state the following:

### INTRODUCTION

1. I am presently employed as a Special Agent with the United States Homeland Security Investigation ("HSI"), where I have worked since November 20, 2022. I am assigned as a sworn law enforcement officer to the HSI Key Largo office. In that capacity, my duties include investigating federal criminal offenses in the Southern District of Florida. During my tenure as a Special Agent, I have completed approximately 490 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia ("FLETC"). Prior to my tenure as a Special Agent, I was a United States Customs and Border Protection ("CBP") officer for four years at Miami International Airport, where I prepared cases for immigration proceedings, as well as served multiple arrest warrants. I also was tasked with determining the lawfulness of travelers' entry into the United States. Prior to my tenure as a CBP officer, I was a United States Border Patrol ("BP") agent for almost three years, where I executed search and arrest warrants and made warrantless arrests in accordance with federal law.

2. The statements contained in this Affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other law enforcement officers and agents who have engaged in numerous investigations involving the transportation of migrants who are unlawfully present in the United States, and upon facts and information from agents and interviews. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3. I submit this Affidavit in support of a criminal complaint charging Alexander FERNANDEZ ("FERNANDEZ") with encouraging and inducing aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

**PROBABLE CAUSE**

4. On or about March 16, 2024, at approximately 9:00 pm, Special Agents from HSI Key Largo received information about a suspected human smuggling vessel traveling from the Bahamas towards Miami, Florida. While conducting a routine patrol in or around Key Biscayne, Florida, a CBP Air Marine Operations ("AMO") vessel (the "LAW ENFORCEMENT VESSEL") identified the suspected human smuggling vessel (the "SUSPECT VESSEL") through the Palm Beach Sheriff's Office's ("PBSO") land-based radar system. When CBP AMO first identified the SUSPECT VESSEL, it was located approximately 25 nautical miles east of Elliot Key, Florida, and was traveling westbound towards Miami, Florida.

5. The LAW ENFORCEMENT VESSEL continued to monitor the SUSPECT VESSEL through its own onboard radar system as the SUSPECT VESSEL traveled westbound towards Miami, Florida. The LAW ENFORCEMENT VESSEL monitored the SUSPECT VESSEL through its own onboard radar system as the SUSPECT VESSEL entered the territorial waters of the United States. The LAW ENFORCMENT VESSEL then moved into position to intercept the SUSPECT VESSEL.

6. On or about March 16, 2024, at approximately 11:25 p.m., the LAW ENFORCEMENT VESSEL intercepted the SUSPECT VESSEL approximately 10 nautical miles east of Cesar's Creek, Florida. The LAW ENFORCEMENT VESSEL activated its navigation lights, spotlights, and spreader lights to get the attention of the operator of the SUSPECT VESSEL. Law enforcement instructed the operator to stop the SUSPECT VESSEL. The operator complied

with law enforcement's instruction and stopped the boat and surrendered. As the LAW ENFORCEMENT VESSEL moved closer toward the SUSPECT VESSEL, law enforcement observed one (1) operator behind the helm, whom law enforcement later identified as FERNANDEZ. In addition, law enforcement observed multiple people sitting and laying down on the deck of the SUSPECT VESSEL. Law enforcement conducted a registration check of the SUSPECT VESSEL's registration number, FL7117GA, and found that the SUSPECT VESSEL was registered to J.C.P.

7. Law enforcement officers discovered a total of fifteen (15) individuals onboard the SUPSECT VESSEL, including FERNANDEZ. Law enforcement conducted a records checks on the Florida driver's license in FERNANDEZ's possession that confirmed him to be a citizen of the United States. Additionally, law enforcement found that none of the other fourteen (14) individuals onboard the SUSPECT VESSEL possessed visas or other documents that would allow them to legally enter the United States.

8. FERNANDEZ was transferred to the United States Coast Guard ("USCG") Cutter FLYING FISH and the other individuals were transferred to the USCG Cutter ISAAC MAYO for biometric checks and identification purposes. Law enforcement confirmed through records checks that none of the fourteen (14) other individuals had documentation or pending applications that would allow them to lawfully enter the United States.

9. A review of the SUSPECT VESSEL's onboard global positioning system shows that it departed from or around Miami, Florida earlier in the day on March 16, 2024, traveled toward a small island near Gun Cay, Bahamas, and was heading towards Key Largo, Florida, when it was interdicted by the LAW ENFORCEMENT VESSEL. There is no designated port of entry in the vicinity of Key Largo, Florida.

10. On March 17, 2024, FERNANDEZ was brought ashore at the USCG Base in Miami Beach, Florida.

## CONCLUSION

11. Based on the foregoing facts, your affiant respectfully submits that there is probable cause to believe that Alexander FERNANDEZ encouraged and induced aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
NEIL S. JAMES
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this **18** day of March 2024.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA